## Otis CLARK, Appellant,

### v.

## STATE of Missouri, Respondent.

### No. 66742.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1995.

John M. Schilmoeller, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the findings and conclusions of the motion court are not clearly erroneous. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).

## STATE of Missouri, Plaintiff/Respondent,

### v.

## Dennis COURTWAY, Defendant/Appellant.

## Dennis COURTWAY, Movant/Appellant,

### v.

## STATE of Missouri, Respondent/Respondent.

### Nos. 64840, 66938.

Missouri Court of Appeals,
Eastern District.

April 25, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., GRIMM, C.J., and KAROHL, J.

PER CURIAM.

A jury convicted defendant, a prior and persistent offender, of sale of a controlled substance, § 195.211,[1] and two counts of sale of an imitation controlled substance, § 195.242. Defendant appeals.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

---

1. All statutory references are to RSMo 1994.